Official Form 210B (10/06)

# United States Bankruptcy Court
Western District of Michigan

In re Michael R Severino ,  				Case No:  12−02925−jdg
							Chapter:  13

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/10/12 (date).

Name & Address of Transferor::  
FIA CARD SERVICES, N.A.  
PO Box 15102  
Wilmington, DE 19886−5102

Name & Address of Transferee:  
Keystone Recovery Partners LLC, Series A  
c/o Weinstein & Riley, P.S.  
2001 Western Ave., Ste. 400  
Seattle, WA 98121

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: July 11, 2012

Daniel M. LaVille  
Clerk of Bankruptcy Court

/S/_____  
K. Botma  
Deputy Clerk