Debt Relief Legal Clinic PLLC
Kristen L. Krol
4710 W Saginaw Hwy Ste 7
Lansing, MI  48917

Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

| DATE RECEIVED: Aug 21 2013 | TIME RECEIVED: 08:37AM | TOTAL SERVED: 76 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

IN RE:  Michael R. Severino

CASE NO: 12-02925

**CERTIFICATE OF SERVICE**

Chapter: 13

ECF Docket Reference No.

On 8/21/2013, a copy of the following documents, described below,

Debtor's Second Post-Confirmation Amendment to Chapter 13 Plan,
Notice and Opportunity to Object
proposed Order Approving Debtor's Second Post-Confirmation Amendment to Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/21/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Debt Relief Legal Clinic PLLC
Kristen L. Krol
4710 W Saginaw Hwy Ste 7
Lansing, MI  48917

LABEL MATRIX FOR LOCAL NOTICING
0646-1
CASE 12-02925-JDG
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS
WED AUG 21 13-24-44 EDT 2013

ACCOUNTS RECEIVABLE MANAGEMENT INC
PO BOX 129
THOROFARE NJ 08086-0129

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO CA 92046-9046

AT T
PO BOX 5080
CAROL STREAM IL 60197-5080

BANK OF AMERICA
PO BOX 15019
WILMINGTON DE 19886-5019

BILL ME LATER
PO BOX 105658
ATLANTA GA 30348-5658

BOARD OF REGENTS OF THE UNIVERSITY
CO DEBRA A. KOWICH
UNIVERSITY OF MICHIGAN
OFFICE OF THE VP & GENERAL COUNSEL
503 THOMPSON #5010
ANN ARBOR MI 48109-1340

BOARD OF REGENTS OF THE UNIVERSITY
CO DEBRA A. KOWICH ESQ.
OFFICE OF THE VP & GENERAL COUNSEL
503 THOMPSON STREET #5010
ANN ARBOR MI 48109-1340

CAPITAL MANAGEMENT SERVICES INC
726 EXCHANGE STREET
SUITE 700
BUFFALO NY 14210-1464

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK (USA) N.A.
PO BOX 12907
NORFOLK VA 23541-0907

CBCS
PO BOX 2334
COLUMBUS OH 43216-2334

CHASE CARD SERVICES
PO BOX 94014
PALATINE IL 60094-4014

CITIBANK PLATINUM
PO BOX 688901
DES MOINES IA 50368-8901

CITIBANK PROFESSIONAL 1
PO BOX 688901
DES MOINES IA 50368-8901

CLIENT SERVICES INC
3451 HARRY S TRUMAN BLVD
ST CHARLES MO 63301-9816

CONSUMERS ENERGY
BANKRUPTCY DEPARTMENT
4600 COOLIDGE HWY
ROYAL OAK MI 48073-1642

CONSUMERS ENERGY COMPANY
ATTN- MICHAEL G. WILSON ESQ.
ONE ENERGY PLAZA
JACKSON MI 49201-2357

CORTEZ JENKINS BLAIR PLLC
PO BOX 5321
LIVONIA MI 48153-2110

CYNTHIA S HARMON ESQ
903 E GRAND RIVER
EAST LANSING MI 48823-4525

CERTIFIED EMERGENCY MEDICINE
SPECIALISTS PC
CO JOSEPH GILLARD III
PO BOX 6306
GRAND RAPIDS MI 49516-6306

DELHI CHARTER TOWNSHIP
2074 AURELIUS ROAD
HOLT MI 48842-6320

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

FIDELITY WARRANTY SERVICES INC
PO BOX 8567
DEERFIELD BEACH FL 33443-8567

FIFTH THIRD BANK
1830 E PARIS ROAD
GRAND RAPIDS MI 49546-8803

FIFTH THIRD BANK
PO BOX 630412
CINCINNATI OH 45263-0412

FIFTH THIRD MORTGAGE COMPANY
5001 KINGSLEY DR
1MOBBW
CINCINNATI OH 45227-1114

FIFTH THIRD MORTGAGE COMPANY
ATTN- BANKRUPTCY DEPT.   MD#1MOBBW
5001 KINGSLEY DR.
CINCINNATI OH 45227-1114

FIRST MARK
PO BOX 2977
OMAHA NE 68103-2977


FREDERICK J HANNA ASSOC
1427 ROSWELL ROAD
MARIETTA GA 30062-3668

BARBARA P. FOLEY
CHAPTER 13 TRUSTEE☐S OFFICE
THE CORNERSTONE BUILDING
425 WEST MICHIGAN AVE.
KALAMAZOO MI 49007-3713

RICHARD A. FOSTER
FOSTER & HARMON PC
ATTORNEY AT LAW
903 EAST GRAND RIVER AVENUE
EAST LANSING MI 48823-4525


FOSTER & HARMON P.C.
903 E GRAND RIVER AVENUE
EAST LANSING MI 48823-4525

GREAT LAKES SPECIALTY FINANCE
DBA CHECK N GO
4540 COOPER ROAD STE 200
CINCINNATI OH 45242-5649

HSBC
ATTN BANKRUPTCY DEPT
PO BOX 5213
CAROL STREAM IL 60197-5213


INSTITUTE OF CONTINUING LEGAL
1020 GREENE STREET
ANN ARBOR MI 48109-1444

INTEGRITY FINANCIAL PARTNERS INC
PO BOX 11530
OVERLAND KS 66207-4230

KEYSTONE RECOVERY PARTNERS LLC
CO WEINSTEIN & RILEY P.S.
2001 WESTERN AVE. STE. 400
SEATTLE WA 98121-3132


DEBRA A. KOWICH
OFFICE OF THE VP & GENERAL COUNSEL
THE UNIVERSITY OF MICHIGAN
503 THOMPSON STREET RM 4010
ANN ARBOR MI 48109-1340

~~KRISTEN L. KROL~~
~~DEBT RELIEF LEGAL CLINIC PLLC~~
~~4710 W. SAGINAW HIGHWAY SUITE 7~~
~~LANSING MI 48917-2654~~

MI DEPT OF TREASURY
COLLECTION DIVISIONBANKRUPTCY
PO BOX 30168
LANSING MI 48909-7668


MICHIGAN DEPT OF TREASURY
PO BOX 30199
LANSING MI 48909-7699

MIDLAND CREDIT MANAGEMENT INC
PO BOX 60578
LOS ANGELES CA 90060-0578

MICHIGAN BELL TELEPHONE COMPANY
% AT&T SERVICES INC
JAMES GRUDUS ESQ.
ONE AT&T WAY ROOM 3A218
BEDMINSTER NJ 07921-2693


MICHIGAN DEPT. OF TREASURY
TAX COLLECTION ENFORCEMENT
BANKRUPTCY SECTION
TREASURY BUILDING
LANSING MI 48922-0001

MICHIGAN FINANCIAL AUTHORITY (MFA)
CO FIRSTMARK SERVICES
PO BOX 82522
LINCOLN NE 68501-2522

MICHIGAN UNEMPLOYMENT AGENCY
3024 WEST GRAND BLVD.
TAX OFFICE SUITE 11-500
DETROIT MI 48202-6024


MIDLAND CREDIT MANAGEMENT INC.
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123-2255

NCB MANAGEMENT SERVICE INC
PO BOX 1099
LANGHORN PA 19047-6099

OAK HARBOR CAPITAL IV LLC
C O WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132


OFFICE OF THE US TRUSTEE
125 OTTAWA NW STE 200R
THE LEDYARD BLDG 2ND FL
GRAND RAPIDS MI 49503-2865

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRA RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK VA 23541-1067

PRA RECEIVABLES MANAGEMENT LLC. AS
PORTFOLIO RECOVERY ASSOCIATES LLC
POB 41067
NORFOLK VA 23541-1067

SALLIE MAE PRIVATE LOAN
PO BOX 9500
WILKES BARRE PA 18773-9500

SEARS BANKRUPTCY RECOVERY
CITIBANK USA SEARS
PO BOX 20363
KANSAS CITY MO 64195-0363


SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220-0001

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO IL 60604-2815

SOUTHWEST CREDIT
4120 INTERNATIONAL PKWY
LSUITE 1100
CARROLLTON TX 75007-1958


SPARKS MEDICAL CENTER
CO HEALTH PORT
120 BLUEGRASS VALLEY PARKWAY
ALPHARETTA GA 30005-2204

SPARROW HEALTH SYSTEMS
3886 SOLUTION CENTER
CHICAGO IL 60677-3008

SPARROW HOSPITAL
1215 E MICHIGAN AVENUE
LANSING MI 48912-1896


SPARROW MEDICAL GROUP
3760 SOLUTIONS CENTER
CHICAGO IL 60677-3007

SPARROW REGIONAL MEDICAL SUPPLY
915 E MICHIGAN AVENUE
LANSING MI 48912-1417

STATE OF MICHIGAN
CHILDRENS SPECIAL HEALTH CARE
PO BOX 30788
LANSING MI 48909-8288


STILLMAN LAW OFFICE
7091 ORCHARD LAKE ROAD
SUITE 270
WEST BLOOMFIELD MI 48322-3667

SALLIE MAE PRIVATE CREDIT
CO SALLIE MAE INC.
220 LASLEY AVE
WILKES-BARRE PA 18706-1430

MICHAEL R SEVERINO
4413 TUSCANY LANE
HOLT MI 48842-2051


TEMMA SEVERINO
CO CYNTHIA HARMON
903 E. GRAND RIVER
EAST LANSING MI 48823-4525

TATA KIRLIN ASSOCIATES
2810 SOUTHHAMPTON ROAD
PHILADELPHIA PA 19154-1207

TEMMA B SEVERINO
5100 CLINTON ROAD
JACKSON MI 49201-8287


UNITED STATES TRUSTEE
THE LEDYARD BUILDING 2ND FLOOR
125 OTTAWA NW SUITE 200R
GRAND RAPIDS MI 49503-2837

UNIVERSITY OF MICHIGAN FLINT
FINANCIAL AID OFFICE
303 E KEARSLEY STREET RM 277 UPAV
FLINT MI 48502-1950

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229


US DEPARTMENT OF EDUCATION
DIRECT LOAN SERVICING CENTER
PO BOX 5609
GREENVILLE TX 75403-5609

VW CREDIT
PO BOX 17497
BALTIMORE MD 21297-1497

VW CREDIT INC.
9441 LBJ FREEWAY SUITE 350
DALLAS TX 75243-4652