UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

    Michael R. Severino

                      Debtor

Case No.: 12-02925
Chapter 13
Honorable James D. Gregg

## ORDER APPROVING DEBTOR'S SECOND POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

    This cause having come on to be heard on Debtor's Sescond Post-Confirmation Amendment to Chapter 13 Plan, and it appearing that no objection was filed within the time allowed by the Notice and Opportunity to Object, which appears from the filed Proof of Service to have been duly served, and the Court being fully advised in the premises, Now, Therefore;

    IT IS HEREBY ORDERED that Debtor's Second Post-Confirmation Amendment to Chapter 13 Plan, in which Debtor's Plan payments shall be reduced to $1,137.00 per month commencing July 1, 2013, be and is hereby approved.

### END OF ORDER

PREPARED BY:

DEBT RELIEF LEGAL CLINIC, PLLC
By: Kristen L. Krol (P55103)
Attorneys for Debtor
4710 W. Saginaw, Suite 7
Lansing, Michigan 48917
517.321.6804/debtrlc@drlc.com

Signed: September 30, 2013



Hon. James D. Gregg
United States Bankruptcy Judge