UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

Michael R. Severino III,
SSN: ***-**-6683

Debtor

Case No.: 12-02925
Chapter 13
Honorable James D. Gregg

## SECOND AMENDED ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-noted Debtor has filed a Chapter 13 case and has consented to deduction of Plan payments directly from his wages to the Chapter 13 Trustee, NOW, THEREFORE;

IT IS HEREBY ORDERED that **Sparrow Hospital** shall deduct the sum of **$524.77 each bi-weekly pay period** and send the said amount made payable to Barbara Foley, Chapter 13 Trustee, to the following address:

Barbara Foley, Standing Trustee
P.O. Box 1818
Memphis, TN 38101-1818

IT IS FURTHER ORDERED that all earnings of the Debtor, except amounts required to be withheld by any provisions of the laws of the United States, this state or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the Debtor or by order of this Court, be paid to the Debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deductions for any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court, be made from the earnings of said Debtor, except: _____

IT IS FURTHER ORDERED that a copy of this Order be served, either electronically or by ordinary mail, upon:
1. The Employer at: Payroll Department, 1215 W Michigan Avenue, Lansing, Michigan 48912
2. The Debtor at: 4413 Tuscany Lane, Holt. Michigan 48842
3. Debtor's Attorney: 4710 West Saginaw Highway, Suite 7, Lansing, Michigan 48917
4. Office of the Standing Trustee: 425 West Michigan Avenue, Kalamazoo, Michigan 49007

UNITED STATES BANKRUPTCY COURT

By_____
Clerk of the Court

Approved by:

/s/ Barbara P. Foley /msc
Barbara P. Foley
Chapter 13 Trustee

If you have questions about this order, please call the Trustee at 269.343.0305.